IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. 1:25-cr-879-4-JMC

VINCENT MONTOYA,

Defendant.

**ORDER TO SHOW CAUSE**

On August 31, 2026, Defendant Vincent Montoya filed an *ex parte* motion (Doc. No. 804). In his motion, Defendant did not explain why he filed the motion *ex parte*. The Court ORDERS Defendant to show cause why this Court should enter an Order granting his motion on an *ex parte* basis, without the government being provided notice and an opportunity to respond. Defendant shall respond to this Order to Show Cause on or before **October 2, 2026**.

IT IS SO ORDERED.

Entered for the Court
this the 28th day of September, 2026

/s/ Joel M. Carson III______
Joel M. Carson III
United States Circuit Judge
Sitting by Designation